IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: § § | |
| JOLLY PROPERTIES, INC., § § § § | Case No. H-09-1932 |
| Debtor. § § § | Bankruptcy Case No. 09-30872 |

**ORDER**

On July 6, 2009, this court held a hearing by telephone on the Emergency Motion for Stay Pending Appeal filed by Jolly Properties, Inc., the debtor in bankruptcy case No. 09-30872-H4-11. Based on the record, including the bankruptcy court's findings and conclusions entered on July 2, 2009 denying the motion to stay filed by Jolly Properties, Inc., the applicable law, and the arguments of counsel, this court found, for the reasons stated on the record, that the movant, Jolly Properties, Inc., had failed to meet its burden to obtain the relief sought. The Emergency Motion for Stay Pending Appeal is therefore denied.

SIGNED on July 7, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge